**Order entered October 29, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01351-CR

### BRANDON LONELL VESTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F16-54035-J**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the March 15, 2018 motion of Niles Illich for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Brandon Lonell Vester, TDCJ No. 02162590, Clements Unit, 9601 Spur 591, Amarillo, Texas, 79107-9606.

/s/  BILL WHITEHILL
    JUSTICE